**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KEVIN CAMPBELL,** | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 00-64-CJP |
| **JOAN FRANK, MR. FISHER,** | ) |
| **NURSE JANE DOE, LEORA HARRY,** | ) |
| **DR. RAHEEM, and DONALD SNYDER,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **NURSE JANE DOE, LEORA HARRY**, **DR. RAHEEM** and **DONALD SNYDER** were dismissed on September 17, 2001 by an Order entered by United States District Judge J. Phil Gilbert (Doc. 5).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **NURSE JANE DOE, LEORA HARRY**, **DR. RAHEEM** and **DONALD SNYDER** and against plaintiff **KEVIN CAMPBELL** in accordance with Order (Doc. 5)**.**

Judgment is entered in favor of defendant **JOAN FRANK** and against plaintiff **KEVIN CAMPBELL**. Judgment is entered in favor of plaintiff **KEVIN CAMPBELL** and against defendant **MIKE FISHER** for damages in the amount of one dollar ($1.00) in accordance with Jury Verdict (Doc. 97)**.**

**DATED** this 18th day of January, 2007

                                        **NORBERT G. JAWORSKI, CLERK**

                                        **BY: S/ Angela Vehlewald**
                                                Deputy Clerk

**Approved by**    **S/ Clifford J. Proud**
                **United States Magistrate Judge**
                        **Clifford J. Proud**