FILED
JAN 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN CAMPBELL, | ) |
| Plaintiff, | ) |
| vs. | ) Civil #: 00-64 |
| JOAN FRANK, | ) |
| Defendant. | ) |

## MOTION IN LIMINE

COMES NOW Plaintiff, Kevin Campbell, and for his Motion in Limine hereby requests that:

1. Defendants not be permitted to interject any evidence of prior convictions for any reason in that the probative value is substantially outweighed by the danger of unfair prejudice. The jury will know that Kevin was convicted of a crime and any further evidence expanding on what he was convicted of or the situation surrounding those convictions will substantially outweigh the danger of unfair prejudice. Fed.R.Evid. 403.

PARTIAL ✓ GRANTED _____ ✓ DENIED

2. Defendants not be permitted to interject any evidence of sexually transmitted diseases or prior illicit drug use for any reason as it is not relevant and the probative value is substantially outweighed by the danger of unfair prejudice. Several of Plaintiff's medical records contain references to sexually transmitted diseases and prior illicit drug use. If any of said medical records are introduced as evidence, Plaintiff

requests that said portion be redacted to avoid any prejudice or bias that may arise from said disclosure. Fed.R.Evid. 403.

_____✓_____ GRANTED          _____ DENIED

3. Defendants not be permitted to interject any evidence of why this case was stayed as it is not relevant and the probative value is substantially outweighed by the danger of unfair prejudice. Fed.R.Evid. 403.

_____✓_____ GRANTED          _____ DENIED

            HOLLAND, GROVES, SCHNELLER
            & STOLZE, L.L.C.



Ryan M. Furniss - #6282915
Gerard B. Schneller - #6205863
300 North Tucker, Suite 801
St. Louis, MO 63101
314/241-8111

            ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was hand delivered this 16th day of January, 2007 to trial counsel.