IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN CAMPBELL, Inmate #A66506,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 00-64-CJP |
| | ) |
| **JOAN FRANK and MIKE FISHER,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**PROUD, Magistrate Judge:**

The Seventh Circuit Court of Appeals dismissed the appeal from this action because Plaintiff failed to pay the required docketing fee. In their mandate (Doc. 110), the Seventh Circuit directed the Clerk of this Court to collect that fee from Plaintiff's trust fund account "using the mechanism of Section 1915(b)."

**IT IS HEREBY ORDERED** that the agency having custody of Plaintiff shall remit the appellate fee of **$455.00** from Plaintiff's prison trust account, if available. If **$455.00** is not available from Plaintiff's prison trust account, **IT IS ORDERED** that Plaintiff shall pay the $455.00 filing fee applicable to this appeal as follows:

1. Plaintiff shall pay an initial partial filing fee of **$ 61.07**. *See* 28 U.S.C. § 1915(b)(1). The agency having custody of Plaintiff is **DIRECTED** to transmit this amount from Plaintiff's prison trust account to the Clerk of Court upon receipt of this Order.

2. Plaintiff shall make monthly payments of 20% of the preceding month's income credited to Plaintiff's prison trust account until the appellate filing fee is paid in full.

3. The agency having custody of Plaintiff shall forward payments from Plaintiff's

account to the Clerk of this Court each time the amount in the account exceeds $10 until the filing fees are paid.  Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202.

Plaintiff is **ADVISED** that he is responsible for ensuring payment of the filing fees directed by this Order, and he should ensure that the agency having custody of him transmits the necessary funds.  Further, the obligation to ensure full payment of the appellate filing fees imposed by this Order shall not be relieved by his transfer to another prison.  Plaintiff is under a continuing obligation to keep the Clerk of this Court informed of any change in his whereabouts.  This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff and to the **Trust Fund Officer at Graham Correctional Center** *upon entry of this Order*.

**IT IS SO ORDERED.**

**DATED:** April 26, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**