IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN CAMPBELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **00-64-CJP** |
| ) | |
| **JOAN FRANK, and** ) | |
| **MIKE FISHER**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

By order dated May 17, 2007, the Seventh Circuit Court of Appeals recalled its mandate that the Clerk of the District Court collect the $455.00 appellate filing fee from plaintiff Campbell in connection with the above-captioned action and associated appeal (7th Cir. No. 07-1213). **(Doc. 115).** The appellate court's revised final order dictates that "no appellate filing fees are due."

A review of the record reflects that an initial partial payment of $61.07 was made on or about May 17, 2007. **(Receipt 300 118784).** An additional monthly installment payment is likely on its way from the Illinois Department of Corrections and/or Graham Correctional Center, which is charged with transmitting the monthly assessment from plaintiff's prison trust fund account.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall refund to plaintiff, through the Department of Corrections/Graham Correctional Center Trust Fund Officer, the $61.07 payment already made to the Court. All further payments that may be made toward the

appellate filing fee in Seventh Circuit appeal number 07-1213 must also be refunded to plaintiff in the same manner, as no appellate fee is owed.

The Clerk of Court shall mail a copy of this order to plaintiff and to the Trust Fund Officer at Graham Correctional Center.

**IT IS SO ORDERED.**

**DATED: June 8, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
