IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN CAMPBELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **00-64-CJP** |
| ) | |
| **JOAN FRANK, and** ) | |
| **MIKE FISHER**, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

By order dated July 29, 2003, the Court appointed attorney Gerard B. Schneller to represent plaintiff Campbell in the above-captioned civil rights action. **(Doc. 49).** Attorney Ryan M. Furniss subsequently entered his appearance as co-counsel for plaintiff. **(Doc. 89).** The jury trial of this case has been completed, as have the post-trial motions.

**IT IS THEREFORE ORDERED** that, in light of the fact that attorneys Gerard B. Schneller and Ryan M. Furniss have satisfied the terms of their appointment as counsel for plaintiff in the District Court proceedings, Schneller and Furnis are hereby terminated as counsel of record for plaintiff.

**IT IS SO ORDERED.**

DATED:  September 25, 2007         s/ Clifford J. Proud
                                    **CLIFFORD J. PROUD**
                                    **U. S. MAGISTRATE JUDGE**