IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KEVIN CAMPBELL,** | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | Civil No. **00-64-CJP** |
| **JOAN FRANK, and**<br>**MIKE FISHER**, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Joan Frank and Mike Fisher's motion seeking correction of the Court's September 26, 2007, order denying plaintiff's renewed motion for judgment as a matter of law **(Doc. 118),** to clarify a reference to the jury finding against "both defendants," *plural*. **(Doc. 121)**. Defendants want to ensure that there is no confusion in the record, since the jury found in favor of defendant Frank and against defendant Fisher. (***See*** **Doc. 101).**

The subject motion was filed while plaintiff's appeal was pending. Plaintiff subsequently abandoned his appeal and the Seventh Circuit Court of Appeals recalled its mandate that the Clerk of the District Court collect the appellate filing fee from plaintiff. (***See*** **Docs. 110 and 115).** Consequently, the subject motion is moot, in that the appeal is no longer pending and there is no apparent danger of confusion. Nevertheless, insofar as the Court strives for accuracy, it is noted that the judgment, which is controlling, clearly reflects that the jury found in favor of defendant Frank and against defendant Fisher. (***See*** **Doc. 101).**

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 121)** is **GRANTED**, in

1

that this order shall operate to correct the misstatement in the Court's September 26, 2007, order **(Doc. 118, p. 2)** and to clarify the final record, as reflected in the judgment: the jury found in favor of defendant Frank and against defendant Fisher. **(*See* Doc. 101).**

**IT IS SO ORDERED.**

**DATED: September 18, 2008**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**